# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EUSTACE E. DIAZ,** : | No. 3:13cv3021 |
| Plaintiff : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| Defendant : | |

## ORDER

**AND NOW**, to wit, this 7th day of November 2014, the plaintiff's social security appeal is hereby **GRANTED**. The Clerk of Court is directed to remand this case to the Commissioner of Social Security for further proceedings consistent with the forgoing memorandum, including a new hearing. The Clerk of Court is further directed to enter judgment in favor of the plaintiff and to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**